71 A.3d 245

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Adam MIELNICKI, Petitioner.**

Supreme Court of Pennsylvania.

July 2, 2013.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of July, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

a. Does the Superior Court's decision to affirm [Petitioner's] lifetime registration requirement conflict with other Superior Court decisions and a decision of this Court?

b. Is the question of whether 42 Pa.C.S. § 9795.1 is a recidivist statute of such substantial public importance as to require prompt and definitive resolution by this Court?